# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 26, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139928

BRUCE D. BOONE and JILL E. BOONE,
      Plaintiffs-Appellees,

v

RIETH-RILEY CONSTRUCTION
COMPANY, INC., NES TRAFFIC
SAFETY LP, and DLZ MICHIGAN, INC.,
      Defendants,

and

DEANNA PAPANEK and CHANNING PAGE,
      Defendants-Appellants.
_____/

SC: 139928
COA: 285276
Ingham CC: 05-001479-NI

      On order of the Court, the application for leave to appeal the September 24, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 26, 2010

Clerk

d0222